IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED ROBERT WILLIAMS,<br><br>Defendant. | CR 21–20–BU–DLC<br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. (Doc. 127.) This Court ordered a preliminary order of forfeiture on November 8, 2021. (Doc. 104.) All known interested parties were provided an opportunity to respond and publication has been made as required by 21 U.S.C. § 853(n)(1). (Doc. 116.) As such, this Court will enter a final order of forfeiture.

Accordingly, IT IS ORDERED that the motion (Doc. 127) is GRANTED.

IT IS FURTHER ORDERED judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), free from the claims of any other party, the following property:

- $17,684.00 U.S. currency;

1

IT IS FURTHER ORDERED the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 20th day of January, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court